# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| NOEMY DEPADILLA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation and DOES 1 TO 20, inclusive,<br><br>Defendants. | CASE NO.: 5:25-cv-01510-JAK-RAO<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION AND PROTECTIVE ORDER |

The Court, having reviewed the moving papers orders as follows:

1) Good Cause Appearing, the Court hereby approves this Stipulation and Protective Order.

**IT IS SO ORDERED.**

Dated: __8/19/2025__

*/s/ Rozella A. Oliver*
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

1

CASE NO.: 5:25-cv-01510    [~~PROPOSED~~] ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER

Submitted by:

DEBORAH S. TROPP, ESQ. – BAR NO. 162613
DOUGLAS A. SCHENCK, ESQ. – BAR NO. 200699
dtropp@mtbattorneys.com; dschenck@mtbattorneys.com
McNEIL TROPP & BRAUN LLP
4695 MacArthur Court, Suite 800
Newport Beach, California 92660
Ph: (949) 259-2890; Fax: (949) 259-2891

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION, a Washington Corporation

CASE NO.: 5:25-cv-01510     [~~PROPOSED~~] ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER

# CERTIFICATE OF SERVICE

I hereby certify on August 19, 2025 I electronically filed the foregoing: **[PROPOSED] ORDER GRANTING STIPULATION AND PROTECTIVE ORDER** with the Clerk of the Court for the United States District Court, Central District of California by using the Central District CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the USDC-Central District of California CM/ECF system.

☑   **FEDERAL:** I declare under penalty of perjury in accordance with 28 U.S.C. Section 1746 that the foregoing is true and correct.

Executed on August 19, 2025, at Newport Beach, California.

*/s/ Deborah S. Tropp*
Deborah S. Tropp

---

CASE NO.: 5:25-cv-01510      [~~PROPOSED~~] ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER